No. 978. St. John *v.* Stubblefield, Warden. April 2, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1010. Tompsett *v.* Ohio et al. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.

No. 1019. Meyers *v.* Ragen, Warden. April 2, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 766. Fitzgerald *v.* Sanford, Warden. April 2, 1945. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit and the motion for other relief are denied. *Thomas Fitzgerald, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondent.

No. 966. Dickey *v.* Raisin Proration Zone No. 1, Raisin Proration Association, et al. April 9, 1945. Petition for writ of certiorari to the Supreme Court of California denied. *Messrs. Walter M. Gleason, Max Radin* and *Morgan J. Doyle* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea, Messrs. Paul A. Sweeney* and *Walter J. Cummings, Jr.* for the Commodity Credit Corporation, respondent.